█ Juan Ponce et al., Respondents, v Miao Ling Liu, Appellant. (And a Third-Party Action.) [996 NYS2d 548]—

In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Queens County (McDonald, J.), dated December 23, 2013, which denied her motion pursuant to CPLR 3126 to strike the complaint, or, in the alternative, to vacate the note of issue and compel the plaintiffs to appear for a further deposition by a date certain.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the defendant's motion pursuant to CPLR 3126 to strike the complaint, or, in the alternative, to vacate the note of issue and compel the plaintiffs to appear for a further deposition by a date certain. The defendant failed to provide an affirmation of a good-faith effort to resolve the discovery dispute, as required by 22 NYCRR 202.7 (*see Murphy v County of Suffolk*, 115 AD3d 820 [2014]; *Quiroz v Beitia*, 68 AD3d 957, 960 [2009]; *Walter B. Melvin, Architects, LLC v 24 Aqueduct Lane Condominium*, 51 AD3d 784, 785 [2008]). Leventhal, J.P., Hall, Austin and Roman, JJ., concur.